UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 1341

08 APR 29 AM 9:59

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) Magistrate Docket No. |
| Plaintiff, | ) |
| v. | ) COMPLAINT FOR VIOLATION OF: |
| **Ramon RAMIREZ-Magallon,** | ) Title 8, U.S.C., Section 1326 |
| | ) Deported Alien Found in the |
| | ) United States |
| Defendant | ) |

The undersigned complainant, being duly sworn, states:

On or about **April 27, 2008** within the Southern District of California, defendant, **Ramon RAMIREZ-Magallon,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **29th** DAY OF **APRIL, 2008**

Nita L. Stormes
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
**Ramon RAMIREZ-Magallon**

## PROBABLE CAUSE STATEMENT

On April 27, 2008 Border Patrol Agent C. Higbee was conducting line watch duties approximately two miles west of the San Ysidro, California Port of Entry and approximately one mile north of the United States/Mexico International Boundary Fence.

At approximately 7:30 p.m., a scope operator observed two individuals running towards Agent Higbees location. Agent Higbee responded and located the two individuals attempting to hide. Agent Higbee identified himself as a United States Border Patrol Agent and conducted an immigration inspection. Both individuals, including one later identified as defendant **Ramon RAMIREZ-Magallon,** admitted to being citizens and nationals of Mexico without any immigration documents that would allow them to enter or remain legally. Both subjects were arrested and transported them to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **January 24, 2008** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.